UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STANISLAV ROMANYUK and<br>VADIMS ANANICS | No. 3:22-cr-110 (VAB) |

# ORDER

The United States of America, having applied for the appointment a Classified Information Security Officer and alternates pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA, it is hereby ORDERED AND DECREED that the application is GRANTED.

It is further ORDERED, in accordance with Section 9 of CIPA and the Security Procedures promulgated under Section 9, that the Court designates Harry J. Rucker as the Classified Information Security Officer in this case. It is further ORDERED that the Court designates the following persons as Alternate Classified Information Security Officers, to serve in the event Mr. Rucker is unavailable: Daniel O. Hartenstine, Winfield S. Slade, Daniella M. Medel, Matthew W. Mullery, and Connor B. Morse.

It is further ORDERED that the designated Classified Information Security Officer and alternates shall perform the functions and carry out the duties and responsibilities prescribed in the Security Procedures promulgated under Section 9 of CIPA.

_____
VICTOR A. BOLDEN
United States District Judge

Dated: _____, 2023